| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MIKHAIL IZRAILYEVICH NEMENOV, | ) | No. C 07-0218 JW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO EXTEND DATES;** |
|   | ) | **and [PROPOSED] ORDER** |
| EVELYN C. UPCHURCH, Acting Director | ) | |
| USCIS Nebraska Service Center; | ) | |
| EMILIO T. GONZALEZ, Director, USCIS; | ) | |
| FRANCIS D. SICILIANO, Officer-in-Charge, | ) | |
| USCIS San Jose Sub-Office; | ) | |
| MARY ANN GANTNER, District Director, | ) | |
| USCIS New York City District Office; | ) | |
| ROBERT S. MUELLER, Director, | ) | |
| Federal Bureau of Investigation; | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| ALBERTO GONZALES, Attorney General, | ) | |
| Department of Justice, | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about January 11, 2007, and Defendants' Answer is due on March 19, 2007.

Stip to Extend Dates
C 07-0218 JW

1      2. Pursuant to this Court's January 11, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on April 23, 2007, and attend a case management conference on April 30, 2007.

    3. The parties are exploring resolution of this case and respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file an Answer: | April 18, 2007 |
| Last day to file Joint ADR Certification | May 14, 2007 |
| Last day to file/serve Joint Case Management Statement: | May 29, 2007 |
| Case Management Conference: | June 4, 2007 at 10:00 a.m. |

Dated: March 19, 2007            Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney

                                       /s/
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorney for Defendants

Dated: March 19, 2007                      /s/
                                       KIP EVANS STEINBERG
                                       Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/23/2007

                                       JAMES WARE
                                       United States District Judge

Stip to Extend Dates
C 07-0218 JW