SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIKHAIL IZRAILYEVICH NEMENOV, | No. C 07-0218 JW |
|     Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| EVELYN C. UPCHURCH, Acting Director USCIS Nebraska Service Center; EMILIO T. GONZALEZ, Director, USCIS; FRANCIS D. SICILIANO, Officer-in-Charge, USCIS San Jose Sub-Office; MARY ANN GANTNER, District Director, USCIS New York City District Office; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice, | |
|     Defendants. | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the approval of Plaintiff's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

Stip to Dismiss
C 07-0218 JW

| | | |
|---|---|---|
| 1 | Dated: March 26, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: March 26, 2007

/s/
KIP EVAN STEINBERG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   3/27/2007

JAMES WARE
United States District Judge

Stip to Dismiss
C 07-0218 JW